## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**SAMUEL LEWIS THOMAS**                                                  **PLAINTIFF**

**V.**                                **CASE NO. 5:13-CV-5246**

**DEPUTY WILKINS; DEPUTY RILEY;**
**DEPUTY BOWMEN; DEPUTY KILLPATRICK;**
**DEPUTY LONG; and SGT. LARA**                              **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 116) filed in this

case on June 19, 2015, by the Honorable Mark E. Ford, United States Magistrate for the

Western District of Arkansas. Fourteen (14) days have passed without objections being

filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as

follows: the Report and Recommendation is proper and should be and hereby is

**ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate

Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (Doc.

81) is **GRANTED IN PART** and **DENIED IN PART**.

The Motion is **GRANTED** as to the following claims, which are **DISMISSED**

**WITHOUT PREJUDICE**: (1) all claims against Defendants Riley, Bowmen, Kilpatrick, and

Long; (2) all official capacity claims; (3) the unlawful detainment claims; (4) the wrongful

placement and continued detention in segregation claims; and (5) all harassment, verbal

abuse, and discrimination claims.

The Motion is **DENIED** with respect to the excessive force claims asserted against

Defendants Lara and Wilkins arising out of incidents occurring on September 5, 2013.

These claims will be set for trial by separate order.

**IT IS SO ORDERED** on this _6th_ day of August, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

2